# SERVICE COPY



D8872376

## CITATION

| | |
|---|---|
| **VERNELL PARKER** (Plaintiff) | NUMBER C-717933 "27" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| **WENDY'S INTERNATIONAL, LLC, ET AL** (Defendant) | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

TO:   CONSTITUTION STATE SERVICES, LLC
      THROUGH ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

GREETINGS:

   Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

   Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
   1. **21 DAYS** of the date you were served with the petition; **OR**
   2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

   If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 19, 2022.**



*Magan Harris*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: GULINA, CARLO J, II**
*The following documents are attached:

**PETITION FOR DAMAGES; REQUEST FOR NOTICES; PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____           _____
TOTAL:  $_____                   Deputy Sheriff
                              Parish of East Baton Rouge

EAST BATON ROUGE PARISH
Filed Apr 14, 2022 4:16 PM
Deputy Clerk of Court
C-717933
27

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

SUIT NO. _____                                    DIVISION "_____"

### VERNELL PARKER

### *VERSUS*

### WENDY'S INTERNATIONAL, LLC, HAZA FOODS OF LOUISIANA LLC, CONSTITUTION STATE SERVICES, LLC, TRI CITY FOODS, INC. AND JOHN/JANE DOE

FILED: _____    _____
                                                                    DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes **VERNELL PARKER**, a resident of the full age of majority of the Parish of East Baton Rouge, State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

1. **WENDY'S INTERNATIONAL, LLC**, (hereinafter referred to as "Wendy's") upon information and belief a foreign corporation authorized to do and doing business in the State of Louisiana, with its agent for Service of Process being United Agent Group, Inc., 1070-B West Causeway Approach, Mandeville, Louisiana 70471; and

2. **HAZA FOODS OF LOUISIANA, LLC**, (hereinafter referred to as "Haza Foods") upon information and belief a foreign corporation authorized to do and doing business in the State of Louisiana, with its agent for Service of Process being Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802; and

3. **CONSTITUTION STATE SERVICES**, a foreign or domestic insurance company authorized to do and doing business in the State of Louisiana, with its agent for Service of Process being Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802; and

4. **TRI CITY FOODS, INC.**, (hereinafter referred to as "Tri City Foods") upon information and belief a foreign corporation authorized to do and doing business in the State of Louisiana, with its agent for Service of Process being Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802; and

5. **JOHN/JANE DOE**, believed to be an individual of the full age of majority and employed by **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.**

Certified True and Correct Copy
CertID: 2022041900055

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

2.

On or about June 27, 2021, **VERNELL PARKER** was a patron on the premises of Wendy's, a fast-food restaurant located at 8213 Airline Highway, Baton Rouge, Louisiana, 70815.

3.

At or about the time and place alleged above, **VERNELL PARKER** was walking through dining room at Wendy's, when he suddenly and without warning slipped and fell on a greasy floor of said premises.

4.

Upon information and belief, the floor was mopped with a greasy mop.

5.

At no time relevant hereto was Plaintiff, **VERNELL PARKER**, guilty of any comparative fault contributing to the incident or resulting injuries.

6.

JOHN/JANE DOE is alleged to be an employee of **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC**. **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.** is vicariously liable for the delictual acts of its employee(s) who are responsible for the maintenance of this premises under the theory of respondeat superior.

7.

Upon information and belief, Defendant, **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.** created the condition which caused the damage suffered by Plaintiff prior to the occurrence, yet failed to take reasonable steps or exercise reasonable care to warn of or remove the hazard.

8.

In the alternative, Defendant, **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.** had actual or constructive notice of the condition which caused the damage suffered by Plaintiff prior to the occurrence, yet



Certified True and Correct Copy
CertID: 2022041900055

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

failed to take reasonable steps or exercise reasonable care to warn of or remove the hazard.

9.

This incident was caused by the fault of defendant, **WENDY'S INTERNATIONAL, L.L.C**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.** in the following non-exclusive respects:

    a. By failing to maintain their premises in a safe condition;

    b. By creating an unreasonably dangerous and/or hazardous condition;

    c. By failing to warn plaintiff of the unsafe condition;

    d. By failing to exercise reasonable care or take reasonable steps to remove the hazard which it created and/or had actual notice of and/or through the exercise of reasonable care should have known about;

    c. By failing to inspect the area and/or to remove such hazards;

    d. By failing to follow store policies and procedures on slip and falls;

    e. By failing to prevent plaintiff from entering into what defendants knew or should have known was an unsafe area; and

    f. Other acts of negligence which were the cause of this incident and will be shown at the trial of this matter.

10.

As a result of this incident, Plaintiff, **VERNELL PARKER**, has sustained the following non-exclusive elements of damages:

    a. Physical pain, suffering, and anguish (past, present, and future);

    b. Mental anguish (past, present, and future);

    c. Loss of enjoyment of life (past, present, and future);

    d. Disfigurement and disability;

    e. Medical expenses (past, present, and future);

    f. Lost wages;

    g. Loss of earning capacity;

    h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.



Certified True and Correct Copy
CertID: 2022041900055

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or PPC Rule 3.3(a)(3)

11.

Plaintiff alleges upon information and belief that at all times relevant herein, there was in full force and effect a policy of liability insurance issued by **CONSTITUTION STATE SERVICES** and/or a self-insurance policy, under the terms and conditions of which it agreed to insure and indemnify **WENDY'S INTERNATIONAL, LLC**, and/or **HAZA FOODS OF LOUISIANA, LLC**, and/or **TRI CITY FOODS, INC.**, for any damages for which they might be held to be liable to plaintiff and/or from the type(s) of liability asserted herein.

12.

The value of this claim exceeds the amount required to request a jury trial.

13.

**WHEREFORE**, plaintiff, **VERNELL PARKER**, prays that defendants be duly served and cited to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of plaintiff and against defendants, **WENDY'S INTERNATIONAL, LLC, HAZA FOODS OF LOUISIANA LLC, CONSTITUTION STATE SERVICES, LLC, TRI CITY FOODS, INC.**, and **JOHN/JANE DOE** or in the alternative an affiliate thereof, for all items of special damages incurred by plaintiff and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which plaintiff may be entitled.

Respectfully Submitted:
**DUDLEY DEBOSIER INJURY LAWYERS**

_____
CARLO J. GULINA II, Bar Roll #35802
**DUDLEY DEBOSIER INJURY LAWYERS**
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 379-3333 Ext. 3350
Facsimile: (225) 379-3411
Email: cgulina@dudledebosier.com
Counsel for Plaintiff

**SERVICE INFORMATION ON NEXT PAGE**

Certified True and Correct Copy
CertID: 2022041900055

Magan Harris
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date: 4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**

**WENDY'S INTERNATIONAL, LLC**
Through its agent for service:
United Agent Group, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

**HAZA FOODS OF LOUISIANA, LLC**
Through its agent for service:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**CONSTITUTION STATE SERVICES, LLC**
Through its agent for service:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**TRI CITY FOODS, INC.**
Through its agent for service:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**Certified True and Correct Copy**
CertID: 2022041900055

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Apr 14, 2022 4:16 PM
Deputy Clerk of Court
C-717933
27

## 19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

SUIT NO. _____                                DIVISION "_____"

### VERNELL PARKER

### *VERSUS*

### WENDY'S INTERNATIONAL, LLC, HAZA FOODS OF LOUISIANA LLC, CONSTITUTION STATE SERVICES, LLC, TRI CITY FOODS, INC. AND JOHN/JANE DOE

FILED: _____           _____
                                                              DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR NOTICES

To:   Honorable Doug Welborn
      Clerk of Court
      19ᵗʰ Judicial District Court
      Parish of East Baton Rouge

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:
**DUDLEY DEBOSIER INJURY LAWYERS**

_____
CARLO J. GULINA II, Bar Roll #35802
**DUDLEY DEBOSIER INJURY LAWYERS**
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 379-3333 Ext. 3350
Facsimile: (225) 379-3411
Email: cgulina@dudledebosier.com
Counsel for Plaintiff

Certified True and Correct Copy
CertID: 2022041900056
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 4/19/2022 8:11 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)